NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

## IN RE MONDIS TECHNOLOGY, LTD.

_____

2013-1292

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Reexamination No. 95/000,455.

_____

**ON MOTION**

_____

**O R D E R**

The court construes Mondis Technology, Ltd. (Mondis)'s April 22, 2014 letter as a motion to voluntarily dismiss this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.

IN RE MONDIS TECH., LTD.                                              2

FOR THE COURT


/s/  Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


ISSUED AS A MANDATE: May 14, 2014


s30